AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
MAR - 6 2015
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-0339-M |
| Carlo Alberto SOLIS<br>YOB: 1996  Citizenship: U.S. | ) | Related M-14-2227-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a) (2) (A) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A (a) (5) (B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
On or about October 23, 2014, Carlo Alberto SOLIS received pornographic images from a 13 year old male and subsequently saved them to a folder on his desktop.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Jason Jupe, U.S. HSI Special Agent
*Printed name and title*

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: 3/6/2015

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

Attachment "A"

In November 2014, U.S. Immigration and Customs Enforcement, Homeland Security Investigations, McAllen, Texas (HSI McAllen) received an investigative request from the Hidalgo County, Texas, Sheriff's Office with regards to a child exploitation investigation. Based on subsequent interviews, HSI McAllen determined that a 13 year old male, F.S., was coerced to send pornographic images of himself through Facebook's Instant Messaging (IM) application, to an individual using the Facebook profile "Sandy Fernandez."

A federal search warrant executed on Facebook Inc. for information pertaining to the profile of Sandy Fernandez revealed multiple Internet Protocol (IP) addresses were used to log into the profile account. An HSI McAllen summons to AT&T for subscriber information on these IP addresses revealed a subscriber address in Mission, Texas. Records checks revealed that Carlo Alberto SOLIS was associated to the subscriber address.

On March 5, 2015, HSI McAllen executed a federal search warrant on the subscriber residence. SOLIS was the sole occupant of the residence. While at the residence, HSI McAllen Special Agents read SOLIS his Miranda Rights from a pre-printed form in the English language. SOLIS acknowledged that he understood his rights, and waived them orally.

During a post-Miranda interview, SOLIS stated that, in 2013 he created a fictitious Facebook profile under the female alias of "Sandy Fernandez." Around September/October of 2014, and while using the profile of "Sandy Fernandez," SOLIS enticed a 13 year old male, F.S., to send pornographic images of himself through Facebook IM. SOLIS stated he received additional pornographic images from other males that were under the age of 18 while using this fake profile. SOLIS stated that he wanted the images for his sexual gratification.

SOLIS was shown a non-pornographic image of F.S. that HSI McAllen obtained from the IM conversation between him and F.S.. SOLIS positively identified F.S. by name. SOLIS stated that he knew that F.S. was 14 years of age. SOLIS stated that he saved the pornographic images of F.S. to a folder located in the laptop that he uses.

SOLIS stated he knew that the possession of child pornography was illegal. SOLIS further stated that he knew that requesting F.S. to send him child pornography and thereby receiving the child pornography was illegal.